# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

ANTOINE LENOIR JENKINGS,

Appellant,

v.

ANDRETTA WHITE-JENKINS,

Appellee.

No. 2D2025-2821

_____

June 3, 2026

Appeal from the Circuit Court for Hillsborough County; Lindsay M. Alvarez, Judge.

Antoine L. JenKings, pro se.

No appearance for Appellee.

PER CURIAM.

Affirmed.

NORTHCUTT, SMITH, and GUARD, JJ., Concur.

_____

Opinion subject to revision prior publication.